IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02976-LTB-BNB

SHIRLEY DOLL KOCH, and
JIMMIE KOCH,

Plaintiffs,

v.

KAZ USA, INC., and
KAZ, INC.,

Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Notice of Withdrawal of Defendants' Motion for Leave to Meet *Ex Parte* with Certain Healthcare Providers Without Providing Notice to Plaintiffs' Counsel** [docket no. 47, filed August 10, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The **Defendants' Motion for Leave to Meet *Ex Parte* with Certain Healthcare Providers Without Providing Notice to Plaintiffs' Counsel** [docket no. 46, filed August 9, 2010] is DENIED AS MOOT.

DATED: August 11, 2010