IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02976-LTB-BNB

SHIRLEY DOLL KOCH, and
JIMMIE KOCH,

Plaintiffs,

v.

KAZ USA, INC., and
KAZ, INC.,

Defendants.
_____

# ORDER
_____

This matter arises on the following:

(1)     **Defendants' Motion for Protective Order Regarding F.R.C.P. 30(b)(6) Depositions of Kaz, Inc. and Kaz, USA, Inc. and Deposition of Walt Birdsell** [Doc. # 51, filed 8/13/2010] (the "Defendants' Motion for Protective Order");

(2)     Plaintiffs' **Motion for Protective Order** [Doc. # 53, filed 8/13/2010] (the "Plaintiffs' Motion for Protective Order"); and

(3)     Plaintiffs' **Motion to Strike Defendants' Supplement to Defendants' Response to Plaintiffs' Motion for Protective Order** [Doc. # 65, filed 8/27/2010] (the "Motion to Strike").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. For the reasons stated on the record,

IT IS ORDERED that:

(1)  The Defendants' Motion for Protective Order [Doc. # 51] is DENIED;

(2)  The Plaintiffs' Motion for Protective Order [Doc. # 53] is DENIED; and

(3)  The Motion to Strike [Doc. # 65] is DENIED.

Dated August 30, 2010.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge