IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02976-LTB-BNB

SHIRLEY DOLL KOCH, and
JIMMIE KOCH,

Plaintiffs,

v.

KAZ USA, INC., and
KAZ, INC.,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Unopposed Motion to Amend Scheduling Order** [docket no. 71, filed September 10, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants have to and including **October 11, 2010**, in which to serve Dr. Cantrill's expert report.


DATED:  September 14, 2010