IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02976-LTB-BNB

SHIRLEY DOLL KOCH, and
JIMMIE KOCH,

Plaintiffs,

v.

KAZ USA, INC., and
KAZ, INC.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 84, filed November 5, 2010] (the "Motion").

      IT IS ORDERED that the Motion is DENIED subject to a renewed motion which addresses all remaining scheduling order deadlines, including the dispositive motion deadline.


DATED:  November 9, 2010