IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02976-LTB-BNB

SHIRLEY DOLL KOCH, and
JIMMIE KOCH,

Plaintiffs,

v.

KAZ USA, INC., and
KAZ, INC.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Defendants' Unopposed Motion to Amend Scheduling Order** [docket no. 103, filed January 28, 2011] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED and defendants have to and including **February 4, 2011**, to serve their expert's IME report.


DATED:  January 31, 2011