**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-02976-LTB-BNB

SHIRLEY DOLL, and
JIMMIE KOCH,

       Plaintiffs,

v.

KAZ USA, INC., and
KAZ, INC.,

       Defendants.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


       Defendant KAZ USA, Inc.'s Notice of Withdrawal of Its Motion for Summary Judgment Based on Innocent Seller Statute (Third Motion for Summary Judgment) (Doc 106 - filed February 1, 2011) is **GRANTED**.

       Defendant KAZ USA, Inc. Motion for Summary Judgment Based on Innocent Seller Statute (Doc 95) is **WITHDRAWN**.


Dated:  February 2, 2011

---