IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-02976-LTB -BNB | Date: April 4, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| SHIRLEY DOLL, and | W. Randolph Barnhart |
| JIMMIE KOCH, | Jennifer Crichton |
| | Stephen Kaufman |
| Plaintiff(s), | |
| v. | |
| KAZ USA, INC., and | Mark Harris |
| KAZ, INC. | Russell Miller |
| Defendant(s). | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:     1:30 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Defendants refer to Westlaw exhibits.

**ORDERED: Defendants' motion to compel production of certain telephone records, Federal income tax documents, and pharmacy records [Doc. #128; filed 3/14/11] is granted in part and denied in part for reasons stated on the record.**

Court in Recess     2:09 p.m.     Hearing concluded.  Total time in Court: 00:39

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.