IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02976-LTB-BNB

SHIRLEY DOLL KOCH, and
JIMMIE KOCH,

Plaintiffs,

v.

KAZ USA, INC., and
KAZ, INC.,

Defendants.

---

**ORDER**

---

This matter arises on **Defendants' Motion to Compel Production of Certain Telephone Records, Federal Income Tax Documents, and Pharmacy Records** [Doc. # 128, filed 3/14/2011] (the "Motion to Compel").  I held a hearing on the Motion to Compel this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Compel [Doc. # 128] is GRANTED IN PART and DENIED IN PART as follows:

        • GRANTED to require the plaintiff's to produce all home telephone, cell phone, and business telephone records in there possession, custody, and control for February 14, 2008;

        • GRANTED to require the plaintiffs to execute IRS Form 4506-T to obtain tax records and information, for the years 2002 through 2009 for Shirley Doll Koch, and for years 2000 through 2005 for Jimmie Koch;

• GRANTED to require the plaintiff Shirley Doll to produce the MedCo prescription medication insurance records in her possession, custody, and control for the period 2004 to the present or, if the MedCo prescription insurance records are not readily in the possession, custody, or control of Shirley Doll, to require her to sign a release allowing the defendants to obtain those records directly from MedCo; and

• DENIED in all other respects.

(2)     The plaintiffs shall make a supplemental discovery response consistent with this Order on or before **April 18, 2011**.

Dated April 4, 2011.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge