IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02976-LTB-BNB

SHIRLEY DOLL KOCH, and
JIMMIE KOCH,

Plaintiffs,

v.

KAZ USA, INC., and
KAZ, INC.,

Defendants.

_____

## ORDER
_____

The parties appeared for a final pretrial conference this morning.  The proposed final

pretrial order was refused for the reasons stated on the record.

IT IS ORDERED:

1.      The parties shall submit a revised proposed final pretrial order on or before

**June 7, 2011**, modified as discussed at the pretrial conference today.

2.      Copies of all trial exhibits must be provided to opposing counsel no later than

**June 7, 2011**.  The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the

Clerk and served on opposing counsel no later than **July 8, 2011**.

3.      A supplemental final pretrial conference is set for **June 14, 2011, at 8:30 a.m.**, in

Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver,

Colorado.

Dated April 7, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge