IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02976-LTB-BNB

SHIRLEY DOLL KOCH, and
JIMMIE KOCH,

Plaintiffs,

v.

KAZ USA, INC., and
KAZ, INC.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

1.      Defendants' **Notice of Withdrawal of Defendants' Amended Motion to Compel** [Doc. # 147, filed 4/6/2011] is construed as a motion and is GRANTED.

2.      **Defendants' Motion to Compel** [Doc. # 142] is DENIED as withdrawn.

3.      The hearing on Defendants' Motion to Compel set for April 14, 2011, at 2:30 p.m., is VACATED.


DATED:  April 7, 2011