**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-02976-LTB-BNB

SHIRLEY DOLL, and
JIMMIE KOCH,

       Plaintiffs,

v.

KAZ USA, INC., and
KAZ, INC.,

       Defendants.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

       This matter is before the Court on Plaintiff's Motion Requesting Three Additional Trial Days (Doc 152 - filed April 8, 2011) and upon review of the motion, Defendants' Response (Doc 155) and Plaintiffs' Reply (Doc 156), it is

       ORDERED that Plaintiff's Motion is DENIED WITHOUT PREJUDICE.

Dated:  April 29, 2011
_____