IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-02976-LTB-BNB | Date: June 14, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A 401 |

| | |
|---|---|
| SHIRLEY DOLL, and<br>JIMMIE KOCH,<br><br>    Plaintiff(s),<br><br>v.<br><br>KAZ USA, INC., and<br>KAZ, INC.<br><br>    Defendant(s). | W. Randolph Barnhart<br>Stephen Kaufman<br><br><br><br><br>Mark Harris<br>Rusty Miller<br>Laura Hass |

### COURTROOM MINUTES

**FINAL PRETRIAL CONFERENCE and MOTIONS HEARING**

Court in Session:    8:31 a.m.

Appearance of counsel.

Court's initial comments.

Argument presented.

**ORDERED**: **Motion to strike the letters produced with plaintiffs' sixteenth and nineteenth supplemental Rule 26(a)(1) disclosures [doc.#159; filed 5/23/11] is taken under advisement.**

**ORDERED:** **Defendants' motion to take the depositions of Shannon Doll and Tara Smith [doc. #164; filed 5/26/11] is taken under advisement.**

**ORDERED:** **Defendants' motion to strike plaintiff Shirley Doll Koch's supplemental answer to defendants' first set of interrogatories [doc. #167; filed 6/2/11] is taken under advisement.**

**ORDERED: A Supplemental Final Pretrial Conference will be set at a later date.**

Court in Recess:          9:52 a.m.          Hearing concluded.     Total time in court: 01:21

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.