IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Emily Seamon | Date: August 5, 2011 |
| Court Reporter: Tracy Weir | |

_____

| | |
|---|---|
| Civil Case No. 09-cv-02976-LTB-BNB | Counsel: |
| SHIRLEY DOLL, and | W. Randolph Barnhart |
| JIMMIE KOCH, | Stephen Kaufman |
| | Charles Crichton |
| Plaintiffs, | |
| v. | |
| KAZ USA, INC., and | Mark Harris |
| KAZ, INC., | Laura Hass |
| | Rusty Miller |
| Defendants. | |

_____

COURTROOM MINUTES
_____

HEARING - MOTION TO CONTINUE TRIAL

11:31 a.m.    Court in Session.

11:32 a.m.    Argument by Mr. Harris regarding Defendants' Motion to Continue Trial.

12:09 p.m.    Argument by Mr. Barnhart regarding Defendants' Motion to Continue Trial.

**ORDERED:** The Court withdraws from Magistrate Judge Boland the motion set before him on August 15, 2011.  Defendants' Motion to Amend Scheduling Order Regarding the Depositions of Jason Krutsch, M.D., Carl Finocchiaro, Ronald Keller, M.D., Kathy Verdeal, PhD, and Laurence Aylesworth, PhD [Docket No. 194, Filed July 7, 2011] is GRANTED.  The subject of the deposition will be limited to how the new points of memory identified by the plaintiff bolster their opinions.  Each deposition will be limited to two hours.  The plaintiff shall make these witnesses available.  The depositions will be taken no later than **August 19, 2011**.

1

**ORDERED:** A Motion Hearing on Plaintiffs' pending motions [Docket Nos. 198, 199, 200, 204, and 207] is set for Thursday, **September 8, 2011 at 9:00 a.m.** The Trial Preparation Conference remains set for Thursday, **September 15, 2011 at 9:00 a.m.**

**ORDERED:** On or before Tuesday, **September 13, 2011**, the parties shall provide the following to the Court: witness lists; time for witness testimony; a brief description of what the witnesses will testify to; exhibit lists; stipulations as to authenticity on the exhibit lists; voir dire questions; a disk containing proposed jury instructions with authority, prepared in WordPerfect 12; verdict form; concise and balanced statement of the case instruction; and hard copies of video-recorded depositions containing unresolved objections.

**ORDERED:** Defendants' Motion to Continue Trial [Docket No. 195, Filed July 7, 2011] is DENIED.  The Court will not entertain any further motions.

**ORDERED:** Plaintiffs' initial designations of deposition testimony are due on or before **August 10, 2011**.  Defendants' counter-designations of deposition testimony are due on or before **August 24, 2011**.  Plaintiffs' rebuttal designations of deposition testimony are due on or before **September 7, 2011**.

Discussion between the Court and counsel regarding the possibility of settlement.

12:36 p.m.    Court in Recess.

Hearing concluded.

Total time in court:   1:05