IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 09-cv-02976 - LTB - BNB

SHIRLEY DOLL KOCH and
JIMMIE KOCH,

    Plaintiffs,

v.

KAZ USA, INC., and
KAZ, INC.,

    Defendants.

___

ORDER
___

As further set forth on the record at the hearing held on August 5, 2011, IT IS HEREBY ORDERED as follows:

1. Defendants' Motion to Continue Trial [Doc # 195] is DENIED;

2. The referral of Defendants' Motion to Amend Scheduling Order [Doc # 194] to the magistrate judge is WITHDRAWN, and the motion is GRANTED;

3. Defendants may depose Plaintiffs' experts Mr. Finocchiaro, Dr. Verdeal, Dr. Keller, and Dr. Aylesworth for up to 2 hours no later than August 19, 2011 on the limited issue of how Plaintiff Shirley Doll Koch's recovered memories bolster or change their expert opinions;

4. A hearing is set for September 8, 2011 at 9:00 a.m. on (1) Plaintiffs' Motion to Exclude Evidence Pertaining to Drugs [Doc # 198]; (2) Plaintiffs' Motion to Exclude All Evidence Proffered by Treating Physician Donald Ross, M.D. and Retained Expert Physician Stephen Cantrill, M.D. that Mrs. Koch's injuries Were Caused by a Drug Overdose [Doc # 199]; (3) Plaintiffs' Motion to Exclude Certain Testimony re: Defendants' IME Expert Witness Gary

S. Gutterman, M.D. [Doc # 200]; and (4) Plaintiffs' Motion to Exclude All Opinion Testimony of Defense Expert David A. Krauss [Doc # 204];

     5. No further motions shall be filed in this case;

     6. Plaintiffs' deposition designations are due on or before August 10, 2011; Defendants' depositions designations are due on or before August 24, 2011; and Plaintiff's rebuttal deposition designations are due on or before September 7, 2011;

     7. On or before September 13, 2011, the parties shall file their witness lists; exhibits lists with stipulations and objections; one set of jury instructions with authority; proposed voir dire questions; and video depositions with written transcripts; and

     8. A trial preparation conference is set in this case for September 15, 2011 at 9:00 a.m.

Dated: August __8__, 2011 in Denver, Colorado.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, JUDGE