IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 09-cv-02976 - LTB - BNB

SHIRLEY DOLL KOCH and
JIMMIE KOCH,

      Plaintiffs,

v.

KAZ USA, INC., and
KAZ, INC.,

      Defendants.

---

## ORDER

---

    This case is before me on Defendants' Motion to Reconsider Court's Ruling that the Court "Will Not Entertain Any Further Motions" [Doc # 250].  After consideration of the motion and all related pleadings, IT IS HEREBY ORDERED as follows:

    1.  Defendants' Motion to Reconsider Court's Ruling that the Court "Will Not Entertain Any Further Motions" [Doc # 250] is GRANTED;

    2.  Defendants' Motion to Limit Testimony of Plaintiffs' Engineering Expert Carl Finocchario [Doc # 255]; Defendants' Motion to Limit Testimony of Plaintiffs' Rebuttal Expert Dr. Ronald Keller [Doc # 256]; Defendants' Motion to Limit Testimony of Plaintiffs' Toxicology Expert, Dr. Kathey Verdeal, and Plaintiffs' Psychologist, Laurence Aylesworth [Doc # 257]; (the "Rule 702 Motions") are accepted for filing but shall be held in abeyance and ruled upon in the context of the trial;

3.  Defendants' Motion in Limine [Doc # 258] is accepted for filing but shall be treated as a trial brief;

4.  Plaintiffs' responses to Defendants' Rule 702 Motions and Motion in Limine  shall be filed no later than September 26, 2011; and

5.  No replies to the Motions shall be filed.

Dated: September   8  , 2011 in Denver, Colorado.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE