IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 09-cv-02976 - LTB - BNB

SHIRLEY DOLL KOCH and
JIMMIE KOCH,

    Plaintiffs,

v.

KAZ USA, INC., and
KAZ, INC.,

    Defendants.

___

# ORDER
___

As further set forth on the record at the trial preparation conference held on September 15, 2011, IT IS HEREBY ORDERED as follows:

    1. Plaintiffs' negligence claim against Defendants is WITHDRAWN;

    2. The parties shall file revised exhibit lists and designations of deposition testimony no later than September 26, 2011;

    3. A further trial preparation conference is scheduled for September 28, 2011 at 9:00 a.m.; and

    4. Plaintiffs shall provide a preliminary order of their witnesses at the September 28, 2011 trial preparation conference.

Dated: September __15__, 2011 in Denver, Colorado.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE